1  JOSEPH A. LIEBMAN
   Nevada Bar No. 10125
2  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
3  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
4  Facsimile: 702.562.8821
   jliebman@baileykennedy.com
5

6  MICHAEL M. LATER
   Nevada Bar No. 7416
   **THE LAW OFFICE OF MICHAEL M. LATER**
7  8890 Spanish Ridge Avenue
   Las Vegas, Nevada 89148-1302
8  Telephone: 702.685.4400
   Facsimile: 702.629.7783
9  michael@mlaterlaw.com

10 *Attorneys for Defendants*
   Philippe Ziade, Jude Nassar, Appleton
11 Properties, LLC, Z Leb Group, LLC,
   Progressive Construction, Inc., Growth
12 Development, LLC, Vibrant Realty, LLC,
   AJ Properties International, LLC, AJ Properties
13 International Series 2, LLC, Growth Holdings,
   LLC, Growth Luxury Homes, LLC, and
14 Growth Luxury Realty, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nikkei Global Inc., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Co-Partner Consortium ("Partner-CO"), a Nevada general partnership associated in fact and as an enterprise per 18 USCA § 1961(3); Mr. Phillip Ziade, Nevada resident and co-partner; Mr. Jude E. Nassar, an individual resident of Clark County, Nevada; Appleton Properties, LLC, a Nevada limited liability company; Z Leb Group, LLC, a Nevada limited liability company; Progressive Construction, Inc. a/k/a Growth Construction, a Nevada corporation; Growth Development, LLC a/k/a Growth Construction, a Nevada limited liability company, Vibrant Realty, LLC, a Nevada limited liability company; AJ Properties International, LLC, a/k/a AJ1, a Nevada limited liability company; AJ Properties International Series 2 LLC, a/k/a AJ2, a Nevada limited | Case No. 2:18-cv-02013-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS PHILIPPE ZIADE, JUDE NASSAR, APPLETON PROPERTIES, LLC, Z LEB GROUP, LLC, PROGRESSIVE CONSTRUCTION, INC., GROWTH DEVELOPMENT, LLC, VIBRANT REALTY, LLC, AJ PROPERTIES INTERNATIONAL, LLC, AJ PROPERTIES INTERNATIONAL SERIES 2, LLC, GROWTH HOLDINGS, LLC, GROWTH LUXURY HOMES, LLC, AND GROWTH LUXURY REALTY, LLC TO RESPOND TO NIKKEI GLOBAL INC'S COMPLAINT**<br><br>**(First Request)** |

liability company; Growth Holdings, a Nevada corporation; Growth Luxury Homes, LLC, a/k/a GLH, a Nevada limited liability company; Growth Luxury Realty, LLC, a/k/a GLR, a Nevada limited liability company; Mr. Yoshimi Hirooka, a resident of Japan or Singapore, doing business in Nevada; Mr. Yoshihiro Hirooka, a resident of Japan or Singapore doing business in Nevada; Hirooka Family Office, Ltd., a foreign organization doing business in Nevada,

Defendants.

Plaintiff Nikkei Global Inc. ("Nikkei"), and Defendants Philippe Ziade, Jude Nassar, Appleton Properties, LLC, Z Leb Group, LLC, Progressive Construction, Inc., Growth Development, LLC, Vibrant Realty, LLC, AJ Properties International, LLC, AJ Properties International Series 2, LLC, Growth Holdings, LLC, Growth Luxury Homes, LLC, and Growth Luxury Realty, LLC (collectively, the "Ziade Defendants"), by and through their respective counsel, stipulate and agree as follows:

1. On October 18, 2018, Nikkei filed its Complaint [ECF No. 1] (the "Complaint");

2. On November 19, 2018, the Ziade Defendants accepted service of the Complaint.

3. The current deadline for the Ziade Defendants to respond to the Complaint is December 10, 2018.

4. The Ziade Defendants recently formally retained undersigned counsel to represent them in this litigation, and undersigned counsel needs adequate time to review and analyze the matter before preparing a response to the Complaint.

5. Further, undersigned counsel has been summoned to appear for jury duty in the Eighth Judicial District Court on December 6, 2018.

6. With the holiday season approaching, the parties have agreed to extend the time for the Ziade Defendants to respond to the Complaint until January 4, 2019.

///

///

///

///

7. This is the first stipulation to extend the deadline to file a response to the Complaint. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 5th day of December, 2018.                DATED this 5th day of December, 2018.

WILSON, ELSER, MOSKOWITZ,                            BAILEY❖KENNEDY
EDELMAN & DICKER LLP

By: */s/ Richard Dreitzer*                           By: */s/ Joseph Liebman*
    RICHARD DREITZER                                JOSEPH A. LIEBMAN
    300 South 4th Street, 11th Floor                 8984 Spanish Ridge Avenue
    Las Vegas, NV 89101                              Las Vegas, NV 89148

*Attorneys for Plaintiff Nikkei Global Inc.*         *Attorneys for the Ziade Defendants*

**IT IS SO ORDERED.**

*[Signature: George Foley Jr.]*

UNITED STATES MAGISTRATE JUDGE

DATED: 12-06-2018