UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NIKKEI GLOBAL INC., <br><br> Plaintiff, <br><br> v. <br><br> CO-PARTNER CONSORTIUM, et al., <br><br> Defendants. | Case No. 2:18-cv-02013-JCM-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Motion for Additional Time to Effect Service of Process on Foreign Defendants (ECF No. 25) filed on January 15, 2019.

This matter arises from a contractual dispute alleged to be a concerted effort in order to misappropriate trade secrets. *See Complaint* (ECF No. 1). Plaintiff represents it has attempted to serve three (3) foreign Defendants, Mr. Yoshimi Hirooka, Mr. Yoshihiro Hirooka, and the Hirooka Family Office Ltd., ("Foreign Defendants") at the last known residential addresses on December 3, 2018 and January 3 and 4, 2019. Plaintiff also represents it contacted Foreign Defendants current counsel, R. Scott Rasmussen, Esq., who represents the Foreign Defendants in another matter in State Court.[1] Mr. Rasmussen was not authorized to accept service on behalf all three Foreign Defendants. *See Plaintiff's Motion* (ECF No. 25), 3-4. Plaintiff request an additional 120 days to effectual service pursuant to the Hague Convention.

Pursuant to LR IA 6-1, extensions of time may be granted for good cause shown. Further, Rule 4(m) of the Federal Rules of Civil Procedure – which governs the time limit of service – allows the court to grant an extension of time for service if the plaintiff can show good cause for

---

[1] *Yoshihiro Hirooka v. Yukiki Minami, et al.*, Eighth Judicial District Court, Case No. A-18-775773-C.

1

the failure to timely serve a defendant. The Court finds that Plaintiff has provided sufficient good cause to warrant the requested 120-day extension of time to effectuate service and, therefore, grants Plaintiff's request for extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Additional Time to Effect Service of Process on Foreign Defendants (ECF No. 25) is **granted**.

**IT IS FURTHER ORDERED** that if Plaintiff is unable to effect service of process within the 120-day extension, it is instructed to file a Status Report with the Court detailing its efforts by no later than May 16, 2019.

Dated this 16th day of January, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE