| | |
|---|---|
| 1 **RICHARD I. DREITZER** <br> Nevada Bar No. 6626 <br> 2 **JAMES T. TUCKER** <br> Nevada Bar No. 12507 <br> 3 **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** <br> 300 South 4th Street, 11th Floor <br> 4 Las Vegas, NV 89101 <br> (702) 727-1400; FAX (702) 727-1401 <br> 5 Attorneys for Plaintiff, Nikkei Global Inc. | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Nikkei Global Inc., a California corporation, <br><br> Plaintiff, <br> vs. <br><br> Co-Partner Consortium ("Partner-CO"), a Nevada general partnership associated in fact and as an enterprise per 18 USCA § 1961(3); Mr. Phillip Ziade, Nevada resident and co-partner; Mr. Jude E. Nassar, an individual resident of Clark County, Nevada; Appleton Properties, LLC, a Nevada limited liability company; Z Leb Group, LLC, a Nevada limited liability company; Progressive Construction, Inc. a/k/a Growth Construction, a Nevada corporation; Growth Development, LLC a/k/a Growth Construction, a Nevada limited liability company; Vibrant Realty, LLC, a Nevada limited liability company; AJ Properties International, LLC, a/k/a AJ1, a Nevada limited liability company; AJ Properties International Series 2 LLC, a/k/a AJ2 a Nevada limited liability company; Growth Holdings, a Nevada corporation; Growth Luxury Homes, LLC, a/k/a GLH, a Nevada limited liability company; Growth Luxury Realty, LLC, a/k/a GLR, a Nevada limited liability company; Mr. Yoshimi Hirooka a resident of Japan or Singapore, doing business in Nevada; Mr. Yoshihiro Hirooka, a resident of Japan or Singapore doing business in Nevada; Hirooka Family Office, Ltd., a foreign organization doing business in Nevada, <br><br> Defendants. | Case No. 2:18-cv-02013-JCM-GWF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF, NIKKEI GLOBAL, INC. TO RESPOND TO DEFENDANTS PHILIPPE ZIADE, JUDE NASSAR, APPLETON PROPERTIES, LLC, Z LEB GROUP, LLC, PROGRESSIVE CONSTRUCTION, INC., GROWTH DEVELOPMENT, LLC, VIBRANT REALTY, LLC, AJ PROPERTIES INTERNATIONAL, LLC, AJ PROPERTIES INTERNATIONAL SERIES 2, LLC, GROWTH HOLDINGS, LLC, GROWTH LUXURY HOMES, LLC, AND GROWTH LUXURY REALTY, LLC'S MOTION TO DISMISS** <br><br> **(First Request)** |

Plaintiff Nikkei Global Inc. ("Nikkei"), and Defendants Philippe Ziade, Jude Nassar, Appleton Properties, LLC, Z Leb Group, LLC, Progressive Construction, Inc., Growth Development, LLC, Vibrant Realty, LLC, AJ Properties International, LLC, AJ Properties

1412473v.1

International Series 2, LLC, Growth Holdings, LLC, Growth Luxury Homes, LLC, and Growth Luxury Realty, LLC (collectively, the "Ziade Defendants"), by and through their respective counsel, stipulate and agree as follows:

1. On October 18, 2018, Nikkei filed its Complaint [ECF No. 1] (the "Complaint");

2. On November 19, 2018, the Ziade Defendants accepted service of the Complaint.

3. On January 4, 2019, the Ziade Defendants filed their Motion to Dismiss [ECF No. 23] and served Nikkei with the same.

4. At the current time, Nikkei's Chief Executive Officer and President, Yukiko Minami ("Minami") is in Japan attending to her elderly mother who is experiencing a severe health crisis. Because Minami's participation is critical to Nikkei's ability to formulate its Opposition to the Ziade Defendants' Motion to Dismiss, Nikkei has requested that its deadline for filing of its Opposition be extended from January 18, 2019 through and including February 8, 2019.

5. Counsel for the Ziade Defendants have graciously agreed to this extension.

6. This is the first stipulation to extend the deadline to file a response to the Ziade Defendants' Motion to Dismiss. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 15th day of January, 2019.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Richard I. Dreitzer*
RICHARD I DREITZER
Nevada Bar No. 6626
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Plaintiff Nikkei Global Inc.*

DATED this 15thth day of January, 2019.

BAILEY❖KENNEDY

By: */s/ Joseph A. Liebman*
JOSEPH A. LIEBMAN
Nevada Bar No. 1025
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorneys for the Ziade Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT

DATED: January 18, 2019

1412473v.1