Nevada Bar No. 10125
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
jliebman@baileykennedy.com

MICHAEL M. LATER
Nevada Bar No. 7416
**THE LAW OFFICE OF MICHAEL M. LATER**
8890 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.685.4400
Facsimile:  702.629.7783
michael@mlaterlaw.com

*Attorneys for Defendants*
Philippe Ziade, Jude Nassar, Appleton Properties, LLC, Z Leb Group, LLC, Progressive Construction, Inc., Growth Development, LLC, Vibrant Realty, LLC, AJ Properties International, LLC, AJ Properties International Series 2, LLC, Growth Holdings, LLC, Growth Luxury Homes, LLC, and Growth Luxury Realty, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nikkei Global Inc., a California corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>Co-Partner Consortium ("Partner-CO"), a Nevada general partnership associated in fact and as an enterprise per 18 USCA § 1961(3); Mr. Phillip Ziade, Nevada resident and co-partner; Mr. Jude E. Nassar, an individual resident of Clark County, Nevada; Appleton Properties, LLC, a Nevada limited liability company; Z Leb Group, LLC, a Nevada limited liability company; Progressive Construction, Inc. a/k/a Growth Construction, a Nevada corporation; Growth Development, LLC a/k/a Growth Construction, a Nevada limited liability company, Vibrant Realty, LLC, a Nevada limited liability company; AJ Properties International, LLC, a/k/a AJ1, a Nevada limited liability company; AJ Properties International Series 2 LLC, a/k/a AJ2, a Nevada limited | Case No.  2:18-cv-02013-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DATE TO FIRST AMENDED COMPLAINT (ECF 39]**<br><br>**(Second Request)** |

liability company; Growth Holdings, a Nevada corporation; Growth Luxury Homes, LLC, a/k/a GLH, a Nevada limited liability company; Growth Luxury Realty, LLC, a/k/a GLR, a Nevada limited liability company; Mr. Yoshimi Hirooka, a resident of Japan or Singapore, doing business in Nevada; Mr. Yoshihiro Hirooka, a resident of Japan or Singapore doing business in Nevada; Hirooka Family Office, Ltd., a foreign organization doing business in Nevada,

Defendants.

Plaintiff Nikkei Global Inc. ("Nikkei"), and Defendants Philippe Ziade, Jude Nassar, Appleton Properties, LLC, Z Leb Group, LLC, Progressive Construction, Inc., Growth Development, LLC, Vibrant Realty, LLC, AJ Properties International, LLC, AJ Properties International Series 2, LLC, Growth Holdings, LLC, Growth Luxury Homes, LLC, and Growth Luxury Realty, LLC (collectively, "Growth"), by and through their respective counsel, stipulate and agree as follows:

1. On October 18, 2018, Nikkei filed its Complaint [ECF 1] (the "Complaint").

2. On November 19, 2018, Growth accepted service of the Complaint.

3. On January 4, 2019, Growth filed a Motion to Dismiss the Complaint [ECF 23].

4. On January 25, 2019, Nikkei filed a First Amended Complaint [ECF 39], which is permitted one time as a matter of course. *See* Fed. R. Civ. P. 15(a)(1)(B).

5. Due to the filing of the First Amended Complaint, Growth and Nikkei previously agreed, and the Court ordered, a withdrawal of the pending Motion to Dismiss because it had been mooted, in part, by Nikkei's filing of the First Amended Complaint [ECF 40].

6. Growth and Nikkei previously agreed, and the Court ordered, that Growth shall have up to and until March 8, 2019 to respond to the First Amended Complaint [ECF 40].

7. Due to scheduling issues, Growth has requested a one week extension to the prior deadline, and that Growth shall have up to and until March 15, 2019 to respond to the First Amended Complaint.

8. Nikkei is still in the process of serving the Hirooka Co-Defendants pursuant to the terms of the Hague Convention [ECF 25; ECF 27], and therefore, a one week extension will not

result in any delay.

9. This is the second stipulation to extend the deadline to file a response to the First Amended Complaint. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| DATED this 5th day of March, 2019. | DATED this 5th day of March, 2019. |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | BAILEY❖KENNEDY |
| By: */s/ Richard Dreitzer*<br>RICHARD DREITZER<br>300 South 4th Street, 11th Floor<br>Las Vegas, NV 89101 | By: */s/ Joseph Liebman*<br>JOSEPH A. LIEBMAN<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148 |
| *Attorneys for Plaintiff Nikkei Global Inc.* | *Attorneys for Growth* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 6, 2019