| | |
|---|---|
| 1  **RICHARD I. DREITZER**<br>Nevada Bar No. 6626<br>2  **JAMES T. TUCKER**<br>Nevada Bar No. 12507<br>3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>300 South 4th Street, 11th Floor<br>4  Las Vegas, NV  89101<br>5  (702) 727-1400; FAX (702) 727-1401<br>Attorneys for Plaintiff, Nikkei Global Inc. | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Nikkei Global Inc., a California corporation,<br><br>        Plaintiff,<br>  vs.<br><br>Co-Partner Consortium ("Partner-CO"), a Nevada general partnership associated in fact and as an enterprise per 18 USCA § 1961(3); Mr. Phillip Ziade, Nevada resident and co-partner; Mr. Jude E. Nassar, an individual resident of Clark County, Nevada; Appleton Properties, LLC, a Nevada limited liability company; Z Leb Group, LLC, a Nevada limited liability company; Progressive Construction, Inc. a/k/a Growth Construction, a Nevada corporation; Growth Development, LLC a/k/a Growth Construction, a Nevada limited liability company; Vibrant Realty, LLC, a Nevada limited liability company; AJ Properties International, LLC, a/k/a AJ1, a Nevada limited liability company; AJ Properties International Series 2 LLC, a/k/a AJ2 a Nevada limited liability company; Growth Holdings, a Nevada corporation; Growth Luxury Homes, LLC, a/k/a GLH, a Nevada limited liability company; Growth Luxury Realty, LLC, a/k/a GLR, a Nevada limited liability company; Mr. Yoshimi Hirooka a resident of Japan or Singapore, doing business in Nevada;  Mr. Yoshihiro Hirooka, a resident of Japan or Singapore doing business in Nevada; Hirooka Family Office, Ltd., a foreign organization doing business in Nevada,<br><br>        Defendants. | Case No. 2:18-cv-02013-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF, NIKKEI GLOBAL, INC. TO RESPOND TO DEFENDANTS PHILIPPE ZIADE, JUDE NASSAR, APPLETON PROPERTIES, LLC, Z LEB GROUP, LLC, PROGRESSIVE CONSTRUCTION, INC., GROWTH DEVELOPMENT, LLC, VIBRANT REALTY, LLC, AJ PROPERTIES INTERNATIONAL, LLC, AJ PROPERTIES INTERNATIONAL SERIES 2, LLC, GROWTH HOLDINGS, LLC, GROWTH LUXURY HOMES, LLC, AND GROWTH LUXURY REALTY, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF NO. 44] AND ZIADE DEFENDANTS' REPLY IN SUPPORT OF SAME**<br><br>**(First Request)** |

////

////

1439340v.1

Plaintiff Nikkei Global Inc. ("Nikkei"), and Defendants Philippe Ziade, Jude Nassar, Appleton Properties, LLC, Z Leb Group, LLC, Progressive Construction, Inc., Growth Development, LLC, Vibrant Realty, LLC, AJ Properties International, LLC, AJ Properties International Series 2, LLC, Growth Holdings, LLC, Growth Luxury Homes, LLC, and Growth Luxury Realty, LLC (collectively, the "Ziade Defendants"), by and through their respective counsel, stipulate and agree as follows:

1. On October 18, 2018, Nikkei filed its Complaint [ECF No. 1] (the "Complaint");

2. On November 19, 2018, the Ziade Defendants accepted service of the Complaint.

3. On January 4, 2019, the Ziade Defendants filed their Motion to Dismiss [ECF No. 23] and served Nikkei with the same.

4. On January 25, 2019, Nikkei filed a First Amended Complaint [ECF 39], which is permitted one time as a matter of course. *See* Fed. R. Civ. P. 15(a)(1)(B).

5. Due to the filing of the First Amended Complaint, Ziade Defendants and Nikkei previously agreed, and the Court ordered, a withdrawal of the pending Motion to Dismiss because it had been mooted, in part, by Nikkei's filing of the First Amended Complaint [ECF 40].

6. Ziade Defendants and Nikkei previously agreed, and the Court ordered, that the Ziade Defendants shall have up to and until March 8, 2019 to respond to the First Amended Complaint [ECF 40].

7. On March 5, 2019, the Ziade Defendants requested a one week extension to the prior deadline due to scheduling issues, thereby extending their deadline for response to the First Amended Complaint through March 15, 2019 [ECF 42, ECF 43].

8. On March 15, 2019, the Ziade Defendants filed their Motion to Dismiss First Amended Complaint and served Nikkei with the same [ECF 44].

////

2

1439340v.1

9. Because of scheduling conflicts and other litigation commitments, Nikkei has respectfully requested that its date for response to the Ziade Defendants' Motion to Dismiss First Amended Complaint be extended from its current date of March 29, 2019 through and including April 19, 2019. Counsel for the Ziade Defendants have graciously agreed to this extension.

10. Because of an upcoming trial for counsel of the Ziade Defendants, they have requested that any Reply in support of their Motion to Dismiss First Amended Complaint be filed on or before May 15, 2019. Counsel for Nikkei does not oppose this extension request.

11. This is the first stipulation to extend the deadline to file a Response to the Ziade Defendants' Motion to Dismiss First Amended Complaint, and the First Request to extend the deadline for the Reply. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 28th day of March, 2019.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ___/s/ Richard Dreitzer___
    RICHARD DREITZER
    300 South 4th Street, 11th Floor
    Las Vegas, NV 89101

*Attorneys for Plaintiff Nikkei Global Inc.*

DATED this 28th day of March, 2019.

BAILEY❖KENNEDY

By: ___/s Joseph A. Liebman___
    JOSEPH A. LIEBMAN
    8984 Spanish Ridge Avenue
    Las Vegas, NV 89148

*Attorneys for the Ziade Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 29, 2019

3

1439340v.1