UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NIKKEI GLOBAL INC.,<br><br>                  Plaintiff,<br>v.<br><br>CO-PARTNER CONSORTIUM, et al.,<br><br>                  Defendants. | Case No. 2:18-cv-02013-JCM-GWF<br><br>**ORDER** |

      This matter is before the Court on Plaintiff's Status Report Regarding Service of Process Efforts (ECF No. 58) filed on May 16, 2019.

      On January 16, 2019, the Court granted Plaintiff's requests for 120-day extension of time to effectuate service on foreign defendants, Mr. Yoshimi Hirooka, Mr. Yoshiro Hirooka and Hirooka Family Office Ltd. (Hirooka Defendants). *See Order* (ECF No. 27). The Order instructed Plaintiff to file a status report detailing its efforts by May 16, 2019, if service had not been effectuated within the extension period. Plaintiff indicates that it has identified a process server capable of effectuating service upon the Hirooka Defendants in Japan pursuant to the Hague Convention; arranged for its First Amended Complaint to be translated into Japanese; moved for appointment of Celeste Ingalls as its international process server; and attempted to locate a valid Japanese address for the Hirooka defendants. Upon review of Plaintiff's status report the Court finds good cause to grant an additional extension to of time to effectuate service on the Hirooka Defendants. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's shall have until September 16, 2019 in which to effectuate service on the Hirooka Defendants.

. . .

1

**IT IS FURTHER ORDERED** that if Plaintiff is unable to effect service of process within the 120-day extension, it is instructed to file a Status Report with the Court detailing its efforts by no later than September 16, 2019.

Dated this 20th day of May, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE