**FENNEMORE CRAIG, P.C.**
Richard I. Dreitzer, Esq., NV Bar No. 6626
Daniel Cereghino, Esq., NV Bar No. 11534
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: rdreitzer@fclaw.com
  dcereghino@fclaw.com
*Attorney for NIKKEI GLOBAL, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nikkei Global, Inc., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>Co-Partner Consortium ("Partner-CO"), a Nevada general partnership associated in fact and as an enterprise per 18 USCA § 1961(3); Mr. Phillip Ziade, Nevada resident and co-partner; Mr. Jude E. Nassar, an individual resident of Clark County, Nevada; Appleton Properties, LLC, a Nevada limited liability company; Z Leb Group, LLC, a Nevada limited liability company; Progressive Construction, Inc. a/k/a Growth Construction, a Nevada corporation; Growth Development, LLC a/k/a Growth Construction, a Nevada limited liability company, Vibrant Realty, LLC, a Nevada limited liability company; AJ Properties International, LLC, a/k/a AJ1, a Nevada limited liability company; AJ Properties International Series 2 LLC, a/k/a AJ2, a Nevada limited liability company; Growth Holdings, a Nevada corporation; Growth Luxury Homes, LLC, a/k/a GLH, a Nevada limited liability company; Growth Luxury Realty, LLC, a/k/a GLR, a Nevada limited liability company; Mr. Yoshimi Hirooka, a resident of Japan or Singapore, doing business in Nevada; Mr. Yoshihiro Hirooka, a resident of Japan or Singapore doing business in Nevada; Hirooka Family Office, Ltd., a foreign organization doing business in Nevada,<br><br>Defendants. | CASE NO.: 2:18-cv-02013-JCM-EJY<br><br>**STIPULATION AND ORDER REGARDING EXTENSIONS OF TIME:**<br><br>**(1) TO FILE RESPONSE AND REPLY TO MOTION TO DISMISS [ECF No. 70]; And**<br><br>**(2) TO MAKE INITIAL DISCLOSURES PURSUANT TO JOINT DISCOVERY PLAN [ECF No. 71]** |

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

15337086.1/050981.0001

## STIPULATION AND [PROPOSED] ORDER

Plaintiff Nikkei Global Inc. ("NGI"), and Defendants Phillippe Ziade, Jude Nassar, Appleton Properties, LLC, Z Leb Group, LLC, Progressive Construction, Inc., Growth Development, LLC, Vibrant Realty, LLC, AJ Properties International, LLC, AJ Properties International Series 2, LLC, Growth Holdings, LLC, Growth Luxury Homes LLC, and Growth Luxury Realty, LLC (collectively, the "Ziade Defendants"), by and through their undersigned respective counsel, submit the following Stipulation for the Court's review and approval.

### 1. ZIADE DEFENDANTS' NEW MOTION TO DISMISS [ECF No. 70]

On October 28, 2019, following this Court's dismissal of some but not all of Plaintiff NGI's claims (*see* Order, ECF No. 68), the Ziade Defendants filed another Motion to Dismiss the remainder of Plaintiff NGI's First Amended Complaint, this time on purely jurisdictional grounds. *See* ECF No. 70. The original deadline for NGI to file its Response to the Ziade Defendants' new Motion to Dismiss was November 11, 2019. *See* LR 7-2(b). Prior to that date, however, NGI requested additional time to prepare and file its Response, and the Ziade Defendants agreed to such request. The Parties agreed that the new deadline should be November 25, 2019. The Parties also agreed that the new deadline for Ziade Defendants' for their Reply is December 13, 2019.

### 2. THE PARTIES' INITIAL DISCLOSURES

On October 25, 2019, the Parties submitted their proposed Joint Discovery Plan for this Court's approval. *See* ECF No. 69. On October 30, 2019, this Court approved that originally submitted plan. *See* ECF No. 71. The Parties have subsequently agreed, however, that the date for initial disclosures should be extended to December 9, 2019. All other dates in the Plan remain the same and are unaffected by this Stipulation to extend the initial disclosure date.

/ / /

/ / /

/ / /

/ / /

As such, the Parties stipulate as follows:

(1) Plaintiff NGI shall have until and through November 25, 2019 to file its Response to the Ziade Defendants' new and pending Motion to Dismiss [ECF No. 70];

(2) Ziade Defendants' shall have until and through December 13, 2019 to file its Reply to NGI's Response to the Ziade Defendants' new and pending Motion to Dismiss [ECF No. 70];

(3) The Parties shall have until and through December 9, 2019, to make their initial disclosures (with no other dates in the Plan being changed at this time).

DATED: November 14, 2019

| FENNEMORE CRAIG, P.C. | BAILEY KENNEDY |
|---|---|
| By: */s/ Richard Dreitzer*<br>Richard Dreitzer, Esq., NV Bar No. 6626<br>Daniel S. Cereghino, Esq., NV Bar No. 11534<br>300 S. Fourth St., Suite 1400<br>Las Vegas, Nevada 89101<br>rdreizter@fclaw.com; dcereghino@fclaw.com<br>*Attorneys for Plaintiff* | By: */s/ Joseph Liebman*<br>Joseph A. Liebman, Esq., NV Bar No. 10125<br>8984 Spanish Ridge Ave., Suite 420<br>Las Vegas, NV 89148<br>jliebman@baileykennedy.com<br><br>**LAW OFFICE OF MICHAEL LATER**<br>Michael M. Later, Esq., NV Bar No. 7416<br>8890 Spanish Ridge Ave.<br>Las Vegas, NV 89148<br>michael@mlaterlaw.com<br><br>*Attorneys for the Growth Defendants* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 18, 2019

3