**FENNEMORE CRAIG, P.C.**
Richard I. Dreitzer, Esq., NV Bar No. 6626
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: rdreitzer@fclaw.com
*Attorney for NIKKEI GLOBAL, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nikkei Global, Inc., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>Co-Partner Consortium ("Partner-CO"), a Nevada general partnership associated in fact and as an enterprise per 18 USCA § 1961(3); Mr. Phillip Ziade, Nevada resident and copartner; Mr. Jude E. Nassar, an individual resident of Clark County, Nevada; Appleton Properties, LLC, a Nevada limited liability company; Z Leb Group, LLC, a Nevada limited liability company; Progressive Construction, Inc. a/k/a Growth Construction, a Nevada corporation; Growth Development, LLC a/k/a Growth Construction, a Nevada limited liability company, Vibrant Realty, LLC, a Nevada limited liability company; AJ Properties International, LLC, a/k/a AJ1, a Nevada limited liability company; AJ Properties International Series 2 LLC, a/k/a AJ2, a Nevada limited liability company; Growth Holdings, a Nevada corporation; Growth Luxury Homes, LLC, a/k/a GLH, a Nevada limited liability company; Growth Luxury Realty, LLC, a/k/a GLR, a Nevada limited liability company; Mr. Yoshimi Hirooka, a resident of Japan or Singapore, doing business in Nevada; Mr. Yoshihiro Hirooka, a resident of Japan or Singapore doing business in Nevada; Hirooka Family Office, Ltd., a foreign organization doing business in Nevada,<br><br>        Defendants. | Case No.: 2:18-CV-02013-JCM-EJY<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT PREJUDICE** |

15780332.1/050981.0001

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nikkei Global Inc. ("NGI"), hereby voluntarily dismisses its Complaint against all Defendants in this action without prejudice.

DATED this 7th day of May, 2020.

**FENNEMORE CRAIG, P.C.**

*/s/Richard Dreitzer, Esq.*

By: _____
Richard Dreitzer, Esq., NV Bar No. 6626
300 S. Fourth St., Suite 1400
Las Vegas, Nevada 89101
rdreizter@fclaw.com;
*Attorneys for Plaintiff*

## **ORDER**

The above entitled case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED this ____ day of May, 2020.

BY THE COURT:

_____
James C. Mahan
United States District Court Judge

Respectfully submitted by:

**FENNEMORE CRAIG, P.C.**

*/s/Richard Dreitzer, Esq.*

By: _____
Richard Dreitzer, Esq., NV Bar No. 6626
300 S. Fourth St., Suite 1400
Las Vegas, Nevada 89101
rdreizter@fclaw.com;
*Attorneys for Plaintiff*

FENNEMORE CRAIG
ATTORNEYS
300 S. Fourth St.
SUITE 1400
Las Vegas, NEVADA 89135
702-692-8000

2

15780332.1/050981.0001